IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RICHARD BALDWIN, | § | |
| | § | |
| Defendant Below, | § | No. 334, 2023 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below:  Superior Court |
| | § | of the State of Delaware |
| NEW WOOD RESOURCES LLC, | § | |
| | § | |
| Plaintiff Below, | § | C.A. No. N20C-10-231 |
| Appellee. | § | |

Submitted:    March 19, 2024
Decided:      April 3, 2024

Before **SEITZ**, Chief Justice; **VALIHURA**, **TRAYNOR**, **GRIFFITHS** Justices, and **GLASSCOCK**, Vice Chancellor[1] constituting the Court *en Banc*.

# **O R D E R**

Now this 3rd day of April 2024, the Court having considered this matter on the briefs and the oral arguments of the parties and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Memorandum Opinion dated July 31, 2023 and its Final Order and Judgment dated August 16, 2023;

NOW THEREFORE, IT IS ORDERED that the decisions of the Superior Court be and the same here by are AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[1] Sitting by designation pursuant to Del. Const. Art. IV §§ 12 and 38 and Supreme Court Rules 2 and 4(a) to fill the quorum as required.